AO 93 (Rev. 11/13) Search and Seizure Warrant

FILED
United States District Court
Albuquerque, New Mexico

Mitchell R. Elfers
Clerk of Court

# UNITED STATES DISTRICT COURT
for the
District of New Mexico

In the Matter of the Search of )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* )  Case No. **23 MR 707**
30 Elk Drive, Chama, New Mexico 87520, including )
garages, vehicles, and outbuildings, and the person )
known as Rockne Gerard Earles )

## SEARCH AND SEIZURE WARRANT

To:   Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the _____ District of _____ New Mexico _____
*(identify the person or describe the property to be searched and give its location)*:

See Attachment A.

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

See Attachment B.

**YOU ARE COMMANDED** to execute this warrant on or before   **April 19, 2023**   *(not to exceed 14 days)*
☒ in the daytime 6:00 a.m. to 10:00 p.m.   ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to   the Honorable Karen B. Molzen   .
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for ____ days *(not to exceed 30)*   ☐ until, the facts justifying, the later specific date of _____ .

Date and time issued:   **11:28 AM, Apr 5, 2023**                       *Karen B. Molzen*
                                                                        *Judge's signature*

City and state:   Albuquerque, New Mexico                Karen B. Molzen, United States Magistrate Judge
                                                         *Printed name and title*

AO 93 (Rev. 11/13) Search and Seizure Warrant (Page 2)

## Return

| Case No.: 23 MR 707 | Date and time warrant executed: 4-11-2023  1220 Hours | Copy of warrant and inventory left with: Heather Earles |
|---|---|---|

Inventory made in the presence of:
Heather Earles

Inventory of the property taken and name of any person(s) seized:

Black iPhone with cracked screen and black/white case
Black and white bandana
White HP Laptop S/N: 5CD211GBDZ
Silvered Colored Goggles
White and gray/black sneakers
Black Western Digital hard drive S/N: WXD1E63SNHH7
Black iPhone model A1661 with cracked screen, IMEI 356694080019581

SLT

Nothing Further

SLT

### Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 4-19-2023

*Sarah L. Thaden*
Executing officer's signature

Sarah L. Thaden / Special Agent, FBI
Printed name and title